**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| FARIECE ALTICE | * | |
| Plaintiff | * | |
| Vs. | * | Civil No.: DKC-06-949 |
| AMF BOWLING CENTERS, INC., et al. | * | |
| Defendants. | * | |

**PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES**

The Plaintiff, Farice D. Altice, by and through her attorneys, William F. Mulroney, and Ashcraft & Gerel, LLP, pursuant to Federal Rule of Procedure, Rule 26(a)(2) and Local Rule 104(10) designate the following experts witnesses for use at trial:

1.     Jeffrey H. Phillips, M.D., Ph.D.
        Phillips & Green, M.D., LP
        9400 Livingston Road, #210
        Fort Washington, MD 20744

Dr. Phillips is a board-certified orthopaedic surgeon, who examined the Plaintiff on May 23, 2006. His report concerning that examination has been provided to counsel for Defendant. Dr. Phillips signed the report. He is expected to testify as the causal relationship between the incident of November 15, 2004 and the Bimalleolar fracture of the right ankle; the nature and extent of the permanent partial impairment of the Plaintiff's ankle and right lower extremity (as set forth in Dr. Phillip's report); the appropriateness of the medical treatment provided and the fairness, reasonableness of the medical charges for the services provided. Dr. Phillips Curriculum Vitae is attached. His expert testimony fees are contained on an attached document as well setting forth his fees for providing court testimony.

2.   Philip B. Bovell, M.D.
     Ft. Washington Physicians Office Building
     11701 Livingston Road, Suite 204
     Ft. Washington, MD 20744

Dr. Bovell is the treating orthopaedic surgeon in this case. His reports have been provided. Dr. Bovell will testify with regard to the treatment he and his office provided to the Plaintiff. Dr. Bovell will testify as to causal connection, and to the reasonableness and appropriateness of the medical treatment provided. In addition, Dr. Bovell will testify to the reasonableness of the medical charges provided by Greater Southeast Community Hospital and by his office.

Respectfully submitted,

**ASHCRAFT & GEREL, L.L.P.**

William F. Mulroney, #04917
10 E. Baltimore Street, Suite 1212
Baltimore, Maryland 21202
(410) 539-1122

Attorneys for the Plaintiff, Fariece D. Altice

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _____19th_____ day of ____June____, 2006, a copy of the foregoing Plaintiff's Designation of Expert Witnesses were faxed to (410) 727-0861 and mailed, by first class, postage prepaid, to: Kevin Karpinski, Bryant, Karpinski, Colaresi & Karp, P.A., 120 East Baltimore Street, Suite 1850, Baltimore, Maryland 21202-1605, Attorneys for Defendants.

William F. Mulroney, #04917

Je  rey H. Phillips, M.D., Ph.D., F.A.C.S          **PHILLIPS & GREEN, M.D.**          Fredric L. Salter, M.D., F.A.C.S.
Neil A. Green, M.D., F.A.C.S.                         LIMITED PARTNERSHIP               Richard S. Meyer, M.D., F.A.A.O.S.
                                             Practice Limited to Orthopaedic Surgery
                                                   Arthroscopic Surgery
                                                   Surgery of the Hand
                                                   By Appointment Only

    ○ 2600 Virginia Avenue, NW #604            ○ 9400 Livingston Road #210            ○ 8403 Colesville Road #160
         Washington, DC  20037                   Port Washington, MD 20744                Silver Spring, MD  20910
            (202) 337-0123                            (301) 248-2100                          (301) 495-2626
                                                   Fax: (301) 248-2182
     ○ 6404C Seven Corners Place                                                       ○ 656 Quince Orchard Road #100
         Falls Church, VA 22044                                                          Gaithersburg, MD  20879
            (703) 534-9680                                                                   (301) 590-2609

## FEES  EFFECTIVE 1/12/05         DEPOSITION AND COURT APPEARANCE

A final fee for appearance is an individual determination on the part of a doctor and lawyer. The enclosed list
what our average fees currently are and can be utilized as a reference. The testifying physician can only give
i absolute fee guarantee.

Fees for deposition in our office                  $ 800.00  for 1st hour and part thereof.

. Court Appearance in the following districts:

| | |
|---|---|
| District of Columbia Civil Courts | $ 2100.00 |
| Alexandria, Arlington, Fairfax Circuit Courts | $ 2100.00 |
| Prince George's Montgomery Circuits Courts | $ 2100.00 |
| Charles County Circuit Courts | $ 2500.00 |
| Baltimore | $4900.00 |

3. Appearance in a Civil Court located further out
    to be determined on an individual basis.          $ 2800.00

4. Attorney conferences, telephone conferences:
    to be determined on an individual basis.          $300.00/hr

ONE HALF OF THE ABOVE FEES ARE DUE IF THE SCHEDULED APPEARANCE IS CANCELLED
LESS THAN 24 HOURS IN ADVANCE.

FULL APPEARANCE FEES ARE DUE IF THE SCHEDULED APPEARANCE IS CANCELLED ON THE
SCHEDULED DAY.

# CURRICULUM VITAE

NAME:  JEFFREY H. PHILLIPS, M.D., Ph.D.

## PERSONAL DATA

| | |
|---|---|
| Born: | March 8, 1947 Brooklyn, NY |
| Citizen: | U.S. |
| Marital Status: | Married |
| Children: | 3 |
| Height: | 5'8" |
| Weight: | 150 lbs. |
| Health: | Excellent |

## EDUCATION

UNDERGRADUATE      Polytechnic Institute of Brooklyn; Brooklyn, NY

B.S. (Cum Laude), June 1967, Aerospace Engineering

GRADUATE      Polytechnic Institute of Brooklyn

M.S., June 1968, Astronautical Engineering

Ph.D., June 1972,     Major:  Astronautical Engineering
Minor:  Biomedical Engineering
Minor:  Applied Mathematics

MEDICAL      Albert Einstein College of Medicine

M.D., June 1974

## HONORS AND HONOR SOCIETIES

| | |
|---|---|
| Alpha Omega Alpha, National Medicine | 1973 |
| Sigma Xi, National Science:  Assoc. Member 1968, Member 1972 | |
| Tau Beta Pi, National Engineering | 1966 |
| Sigma Gamma Tau, National Aerospace Engineering | 1966 |
| National Science Foundation Fellow | July 1967 to June 1968 |
| National Aeronautics and Space Admin. Fellow | July 1968 to August 1971 |
| American Board of Orthopaedic Surgery     Certified | 1979 |
| Fellow of American College of Surgeons | 1981 |
| Fellow of American Academy of Orthopaedic Surgeons | 1982 |

Page Two
Jeffrey H. Phillips, M.D., Ph.D.
Curriculum Vitae

## POST MEDICAL EDUCATION

INTERNSHIP          Montefiore Hospital and Medical Center, Bronx, NY  10467

                    General Surgery, July 1974 to June 1975

RESIDENCY           Montefiore Hospital and Medical Center, Bronx, NY

                    Orthopaedic Surgery, July 1975 to June 1978

COURSES             Lower Limb Orthotics, New York University          1976
                    Lower Limb Prosthetics, New York University        1976
                    Symposium and Workshop on Microsurgery and
                       Replantation, Denver, Colorado                  1977
                    Arthroscopy and Arthrography (AAOS Course)
                       New Orleans, LA                                 1978
                    Main Orthopaedic Review                            1979
                    Georgetown Hand Symposium                          1979

## STATE MEDICAL LICENSES

Maryland            D21596
D.C.                11000
Virginia            0101029702

## PROFESSIONAL ORGANIZATIONS

American Medical Association
Medical Society of the District of Columbia
Prince George's County Medical Society
Medical Society of the State of Maryland

## HOSPITAL APPOINTMENTS

Fairfax Hospital

Page Three
Jeffrey H. Phillips, M.D., Ph.D.
Curriculum Vitae


## PUBLICATIONS

The Unsteady Laminar Boundary Layer on a Semi-Infinite Flat Plate due to Small Fluctuations in the
Magnitude of the Free Stream Velocity, J. Fluid Mechanics, vol. 51, 1972. Also presented at
the International Union for Theoretical and Applied Mechanics Symposium on Unsteady Boundary
Layers at Laval University, Quebec, Canada, 1971

A Numerical method for Highly Accelerated Laminar Boundary Layer Flows, SIAM J. Numerical
Analysis, Vol. 10, 1973. Also presented at the Third International Conference of Numerical
Methods in Fluid Dynamics held in Paris, France, July 1972

A Numerical Method for Integrating the Unsteady Boundary Layer Equations when there are Regions
of Back Flow, J. Fluid Mechanics, Vol. 58, 1973

Complex Compound Dislocation of a Interphalangeal Joint: Case Report and Review of Literature,
Clinical Orthopaedics and Related Research, March 1982


## UNIVERSITY APPOINTMENTS

Assistant Clinical Professor of Orthopaedic Surgery, Howard University, 1980