# EXHIBIT A

## Page 1

1  IN THE UNITED STATES DISTRICT COURT
2      FOR THE DISTRICT OF MARYLAND
3  - - - - - - - - - - - x
4  FARIECE ALTICE           x
5      Plaintiff,           x
6      v.                   x   Case Number:
7  AMF BOWLING CENTERS, INC.,  x   DKC-06-949
8  et al.,                  x
9      Defendants.          x
10 - - - - - - - - - - - x
11
12      Deposition of MIGUEL MEJIA
13
14      Baltimore, Maryland
15      Tuesday, November 28, 2006
16      10:53 a.m.
17
18
19
20 Job No.: 1-91733
21 Pages: 1 - 23
22 Reported by: Esther M. Wood, Notary Public

## Page 2

1      Deposition of MIGUEL MEJIA held at the
2  offices of:
3
4      ASHCRAFT & GEREL, LLP
5      10 E. Baltimore Street
6      Suite 1212
7      Baltimore, Maryland 21202
8      (410) 539-1122
9
10     Pursuant to Notice, before Esther M. Wood,
11 Court Reporter and Notary Public in and for the State
12 of Maryland.

## Page 3

APPEARANCES

ORIGINAL

ON BEHALF OF THE PLAINTIFF:
    WILLIAM MULRONEY, ESQUIRE
    ASHCRAFT & GEREL, LLP
    10 E. Baltimore Street
    Suite 1212
    Baltimore, Maryland 21202
    (410) 539-1122


ON BEHALF OF THE DEFENDANTS:
    ALEXANDRA S. PARADISE, ESQUIRE
    Karpinski, Colaresi & Karp, P.A.
    120 East Baltimore Street
    Suite 1850
    Baltimore, Maryland 21202-1605
    (410) 727-5000

## Page 4

CONTENTS

EXAMINATION OF MIGUEL MEJIA                PAGE
    By Mr. Mulroney                  5
    By Ms. Paradise                  21

        EXHIBITS
    (No Exhibits Marked)

Page 5

1    PROCEEDINGS
2  Thereupon ---
3         MIGUEL MEJIA,
4  having been duly sworn, testified as follows:
5    EXAMINATION BY COUNSEL FOR THE PLAINTIFF
6  BY MR. MULRONEY:
7    Q   Mr. Mejia?
8    A   Mejia.
9    Q   Mr. Mejia, have you ever had your deposition
10 taken before?
11   A   No.
12   Q   Has your attorney explained to you the
13 procedure?
14   A   Yes.
15   Q   You understand it's under oath?
16   A   Yes.
17   Q   You understand what an oath is?
18   A   Yes.
19   Q   State your full name.
20   A   Miguel Mejia.
21   Q   And your home address?
22   A   5515 Sheldon Drive, Alexandria, Virginia.

Page 6

1    Q   And how old are you now?
2    A   Thirty-four.
3    Q   And by whom are you employed?
4    A   AMF.
5    Q   How long have you been employed by AMF?
6    A   Eight years, at least.
7    Q   Eight years? And in what capacity are you
8  employed by them?
9    A   I'm a facilities manager.
10   Q   Currently you are a facilities manager?
11   A   Yes.
12   Q   Does that mean you have the position today
13 that Mr. Smith had?
14   A   No. He's a general manager.
15   Q   He's a general manager.
16       What's a facilities manager?
17   A   Facilities manager takes care of the
18 machines and takes care of the whole building.
19 Whatever problems they have, I have to take care of
20 it.
21   Q   Is one of the machines you have to take care
22 of the lane machine?

Page 7

1    A   Yes.
2    Q   And that means maintenance?
3    A   Yes.
4    Q   All right. And do you keep records with
5  regard to that?
6    A   Yes. For the maintenance or for -- we keep
7  a log.
8    Q   What kind of log?
9    A   For the oil consumption.
10   Q   Right. Okay. Let me just show you, we
11 marked this in the last deposition as Exhibit Number
12 1. Is that the log you're talking about?
13   A   Yes.
14   Q   Are there any additional maintenance records
15 that you keep with regard to the lanes machine other
16 than this?
17   A   No.
18   Q   That's it?
19   A   Yes.
20   Q   What happens when you service the machines,
21 do you keep any records of that or not?
22   A   No. We just do it. I mean, I have times

Page 8

1  when I know I'm supposed to do it, like every month or
2  every week I will do certain things to check the
3  machines.
4    Q   Do you have to call in for service for the
5  machine?
6    A   No. I fix it myself.
7    Q   You fix everything yourself?
8    A   Yes.
9    Q   Where do you get parts?
10   A   From AMF.
11   Q   Okay. But you don't keep any particular
12 repair notes or paperwork on the machine?
13   A   Not on the lane machine.
14   Q   All right. Back on November the 15th of
15 2004, do you recall which of the AMF facilities you
16 were working at?
17   A   That's the one that I'm still there.
18   Q   Oh, you're still there. And what's the
19 location of that?
20   A   4717 St. Barnabas Road, Temple Hills,
21 Maryland.
22   Q   Do you have any independent recollection of

9

1  an accident that happened to a bowler at that facility
2  in the morning hours of November 15th, 2004?
3  A   No, I don't.
4  Q   You don't remember anything?
5  A   No, because I wasn't there.
6  Q   You weren't there?
7  A   I mean, I wasn't in front.  See, I'm in the
8  back, I have to take care of the machine, so I go in
9  the back and then I wait for calls if there's any.
10       So I wasn't even aware that there was an
11 accident until I went out later when the league was
12 done.
13 Q   When did you first hear about the accident?
14 A   I think it was probably 1:00 or 2:00 p.m.,
15 which was when the league was done.
16 Q   November 15th of 2004, just assume that I'm
17 correct, it was a Monday morning, do you know what
18 time you went to work that day?
19 A   7:00.
20 Q   7:00 o'clock?
21 A   Yes.
22 Q   And what were your duties that morning, if

10

1  you recall?
2  A   My duties usually are Monday mornings I go
3  and check that all the machines are working, that the
4  building is good, and I do some repairs if there's
5  any.
6  Q   Do you keep records of repairs?
7  A   Yes, we do for the machines.
8  Q   For the machines?
9  A   Yes, we do.
10 Q   So you were in the back when you heard about
11 this and --
12 A   I didn't hear it in the back.  I went up
13 front when I heard.
14 Q   Was the lady already gone?
15 A   Yes, everything had happened already.  I
16 seen nothing.
17 Q   You saw nothing?
18 A   No.
19 Q   After when you heard about this, did you
20 have any discussions with the manager?
21 A   Yes.
22 Q   What discussions did you have with the

11

1  manager?
2  A   He told me what had happened.  And I went to
3  see where it had happened and to see if there was
4  anything wrong with the approach or the lane, and I
5  didn't see anything.
6  Q   What time was that?
7  A   Around 2:00 p.m.
8  Q   Around 2:00 p.m.  What discussion did you
9  have with the manager?
10 A   Nothing, he just informed me that somebody
11 had an accident.
12 Q   And why did you decide to go and look at the
13 scene of the accident?
14 A   Just to make sure that everything was the
15 way it's supposed to be, like if the approach wasn't
16 damaged or whatever, I mean, if there was gum on
17 there, but there was nothing, it was clean.
18 Q   Was one of the things you were looking for
19 whether there was any excess oil in the approach area
20 where the bowlers approach the line to the bowling
21 alley?
22 A   No, not really, because we don't -- there's

12

1  really no oil in there, in the approach.  There's
2  usually never oil in there, it's only in the lanes
3  where the machine -- I mean, the machine sits on the
4  lane, not the approach.
5  Q   I understand.  The last witness indicated
6  that the lanes machine has to be maneuvered by hand at
7  the end of its completion to the next lane over?
8  A   Yes, it does.
9  Q   Have there been occasions where in that
10 process, either soap or oil has leaked from the
11 machine into the area where the bowlers walk or
12 approach the alley to release their ball?
13 A   Not in --
14 Q   The question is has it ever happened?
15 A   Yes, it has happened, yes, obviously it has
16 happened.
17 Q   How does that happen?
18 A   I mean, if there's excess oil dripping from
19 the machine or on the -- it's called a buffer which
20 catches the oil and that's what transferred it to the
21 lane, if there's some oil in the buffer, then it might
22 drip maybe one drop, but it's not more than that.  The

13

1  tanks are secure.
2      Q   Okay. Can you explain to me the meaning of
3  the entries on this log file? This is the -- I guess
4  this is a record of the oil and soap that's utilized
5  in the lane machine?
6      A   Oil only.
7      Q   Oil only. And it looks like four times a
8  day there's an entry made. Do you see on the top it
9  starts at 11/29 and then it's one, two --
10     A   Actually one -- yeah, that's it, that's
11 correct.
12     Q   And why is that entry made four times each
13 day?
14     A   He does it every ten lanes.
15     Q   Every ten lanes, okay. So it happens in the
16 morning and -- but he stops after doing ten?
17     A   Yes.
18     Q   And then what happens after he stops doing
19 ten lanes?
20     A   He puts more oil and checks how much is
21 being used and records it in here.
22     Q   Okay. Program number nine, what does that

14

1  mean?
2      A   That's the program that we use for the
3  leagues in the morning. There's different programs.
4      Q   And describe for me just generically what
5  kind of programs are there.
6      A   There's the program nine which is stripping/
7  oil, it's call stripping/oil, because what it does is
8  it cleans the lane, and after it does that, it also
9  oils it.
10         And then there's the one which is only oil,
11 we don't need to wash it again. And there's for strip
12 only which we don't really use.
13     Q   Let me ask you, the time that he puts down
14 for this is, he puts down 3:01 a.m.
15     A   Um-hmm.
16     Q   Is he there before you come?
17     A   Yes, he's there before me.
18     Q   So he actually does this well before 7:00
19 o'clock in the morning; is that right?
20     A   Yes.
21     Q   Does this accurately reflect --
22     A   It varies because he doesn't have a

15

1  schedule. As long as it's done by 9:00 a.m., it's all
2  right.
3      Q   The question I have for you is -- well, let
4  me go back.
5          Would he ordinarily report to work at 7:00
6  o'clock with you and the manager?
7      A   What do you mean?
8      Q   What time would he -- you reported to work
9  at 7:00 o'clock in the morning?
10     A   Yes.
11     Q   The general manager reported to work at 7:00
12 o'clock in morning.
13         What time did the lanesman report to work?
14     A   He didn't have a schedule. I mean, he still
15 doesn't have a schedule. He just usually will be
16 2:00, 3:00, 4:00, sometimes he came at 5:00, as long
17 as he got it done by 9:00, we didn't have a problem
18 with him coming at those times.
19     Q   To the best of your knowledge, does the time
20 and the time of day, is that accurate on these
21 records?
22     A   Yes. He's very accurate with that. I mean,

16

1  we're one of two centers that have those logs like
2  that.
3      Q   How long does it take him to do the lanes,
4  all --
5      A   It takes five hours.
6      Q   Five hours, okay. So if he indicates on
7  November 15th, which is the date of this accident,
8  that it's 2:59 a.m., that's -- is that the start time,
9  that's when he is starting his work?
10     A   That's the time where he is on the tenth
11 lane.
12     Q   That's the time that he's on the tenth lane?
13     A   Yes.
14     Q   Okay. And how long does it take him to do
15 ten lanes?
16     A   I can only guess, probably --
17         MS. PARADISE: If you don't know --
18     A   I just don't know.
19     Q   Well, you said that it takes about five
20 hours to do the whole bowling alley?
21     A   Yes, but I really don't know. I mean,
22 sometimes he can go slowly or he can go faster.

17

1 don't know. He's an old gentleman, so he takes his
2 time.
3  Q  Okay. All right. So his shift is totally
4 different from your shift and from the general
5 manager's shift?
6  A  Yes.
7  Q  Do you know what time he goes to work?
8  A  I don't know the exact time. All I know is
9 that he gets it done by 9:00.
10  Q  Okay. Got you. And then so that on
11 November 15th of '04, after he's done ten lanes, it's
12 about 2:59 a.m., he's utilizing program number nine.
13     When we get over to this column here,
14 there's a number two, it says -- the column says oil
15 used in the left center two?
16  A  Left center, yes.
17  Q  What does the number two refer to?
18  A  That's two ounces of oil.
19  Q  And then in the next column, it says oil
20 used in the right center, it says three, that means
21 three ounces of oil?
22  A  Yes.

18

1  Q  Why would the numbers be different?
2  A  Because there's more right-hand bowlers, so
3 we put more oil on the right-hand side.
4  Q  Does he simply fill the oil to the top of
5 the container and then report how much oil he has
6 utilized to fill it to the top?
7  A  Yes.
8  Q  And then the operator, I presume he's
9 signing his name here?
10  A  Yes.
11  Q  What's the next column, notes, he continues
12 to write in --
13  A  Summitt.
14  Q  Summitt, what does that mean?
15  A  We have a spare lane machine, so when one
16 breaks down, we can use another one. So he put that
17 one, the one that he was using at the time.
18  Q  Okay. The Summitt machine?
19  A  Yes.
20  Q  Was that your regular machine or your spare
21 machine?
22  A  That's the regular, the new machine, yes.

19

1 It's not new, but it's the regular.
2  Q  How old was that machine?
3  A  Probably five years old, five or six years
4 old.
5  Q  At the time or now?
6  A  No. At the time it was probably three or
7 four years old.
8  Q  Okay. Thank you very much.
9     After you heard of this accident, did you
10 have any discussions with the lanesman?
11  A  No, not really.
12  Q  Was he there at the time of the accident or
13 he had already left?
14  A  Well, I found out later that he bowled that
15 morning.
16  Q  He bowled that morning?
17  A  Yes.
18  Q  So he obviously, after he got off work, he
19 bowled?
20  A  He bowled.
21  Q  Was he in the league that was bowling that
22 morning?

20

1  A  Yes, he was on the same league.
2  Q  As I understand, he doesn't have set hours
3 like you do?
4  A  Um-hmm.
5  Q  He just has to come and get the job done
6 before 9:00 o'clock?
7  A  Yes.
8  Q  And he has keys to the facility to let
9 himself in?
10  A  Yes.
11  Q  And he's the only one there in the middle of
12 the night when he's doing this work?
13  A  No. There was a gentleman that used to come
14 in and do the cleaning, but he's no longer with AMF.
15 I'm not sure if he was the same person, I just can't
16 recall who it was. We just went through so many
17 people, I don't know if that person was there at the
18 time that day. I can't even remember who --
19  Q  You can't remember the person's name?
20  A  It was too many people that went to work
21 there.
22  Q  Let me just see if we have a name that might

**21**

1  -- I've been given the name of a Broderick Sanders.
2  A  Yes, that's the one that I remember most.
3  Q  And Broderick Sanders was a janitor?
4  A  Yes.
5  Q  But you don't know whether he was there
6  that --
7  A  No. Because he had a scheduled also that he
8  didn't work every day. He would work one or two days,
9  so I really don't know if he was there that day.
10  Q  And I'm gathering that you did not see the
11  EMTs or any of the activity that went on?
12  A  No, unfortunately I didn't.
13      MR. MULRONEY: That's all I have. Thank you
14  very much, appreciate it.
15      EXAMINATION BY COUNSEL FOR THE DEFENDANTS
16  BY MS. PARADISE:
17  Q  Mr. Mejia, when you say that the lane
18  machine would transfer, manually transfer lanes?
19  A  Yes.
20  Q  And that it was possible for soap or oil to
21  drip?
22  A  Um-hmm.

**22**

1  Q  Approximately how much are you talking
2  about?
3  A  I think it's no more than a drop.
4  Q  Smaller than the size of a penny?
5  A  Yes, definitely.
6      MS. PARADISE: I have no further questions.
7      You have the right to review your testimony
8  this morning, they can send your transcript to you and
9  you can read it and sign it or you can waive signature
10  this morning, it's up to you.
11      THE WITNESS: I think I'll waive my
12  signature. I told what I knew.
13      MS. PARADISE: Okay. That's fine. Thank
14  you.
15      (Signature having been waived, the
16  deposition of MIGUEL MEJIA was concluded at
17  11:13 a.m.)
18
19
20
21
22

**23**

1  CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2
3      I, Esther M. Wood, Court Reporter, the
4  officer before whom the foregoing proceedings were
5  taken, do hereby certify that the foregoing transcript
6  is a true and correct record of the proceedings; that
7  said proceedings were taken by me stenographically and
8  thereafter reduced to typewriting under my direction;
9  and that I am neither counsel for, related to, nor
10  employed by any of the parties to this case and have
11  no interest, financial or otherwise, in its outcome.
12      IN WITNESS WHEREOF, I have hereunto set my
13  hand and affixed my notarial seal this 3rd day of
14  December, 2006.
15
16  My Commission Expires:
17  July 1, 2007
18
19
20  _____
21  NOTARY PUBLIC IN AND FOR THE
22  STATE OF MARYLAND

23

1  CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2

3      I, Esther M. Wood, Court Reporter, the
4  officer before whom the foregoing proceedings were
5  taken, do hereby certify that the foregoing transcript
6  is a true and correct record of the proceedings; that
7  said proceedings were taken by me stenographically and
8  thereafter reduced to typewriting under my direction;
9  and that I am neither counsel for, related to, nor
10 employed by any of the parties to this case and have
11 no interest, financial or otherwise, in its outcome.
12      IN WITNESS WHEREOF, I have hereunto set my
13 hand and affixed my notarial seal this 3rd day of
14 December, 2006.

15

16 My Commission Expires:
17 July 1, 2007

18

19

20 _Esther M. Wood_
21 NOTARY PUBLIC IN AND FOR THE
22 STATE OF MARYLAND

**A**
about 7:12 9:13 10:10,19 16:19 17:12 22:2
accident 9:1,11,13 11:11,13 16:7 19:9,12
accurate 15:20,22
accurately 14:21
activity 21:11
actually 13:10 14:18
additional 7:14
address 5:21
affixed 23:13
after 10:19 13:16 13:18 14:8 17:11 19:9,18
again 14:11
al 1:8
ALEXANDRA 3:14
Alexandria 5:22
alley 11:21 12:12 16:20
already 10:14,15 19:13
ALTICE 1:4
AMF 1:7 6:4,5 8:10,15 20:14
another 18:16
anything 9:4 11:4 11:5
appreciate 21:14
approach 11:4,15 11:19,20 12:1,4 12:12
Approximately 22:1
area 11:19 12:11
Around 11:7,8
ASHCRAFT 2:4 3:6
assume 9:16
attorney 5:12
aware 9:10
a.m 1:16 14:14 15:1 16:8 17:12

22:17

**B**
B 4:7
back 8:14 9:8,9 10:10,12 15:4
ball 12:12
Baltimore 1:14 2:5,7 3:7,9,16 3:18
Barnabas 8:20
before 2:10 5:10 14:16,17,18 20:6 23:4
BEHALF 3:4,13
being 13:21
best 15:19
bowled 19:14,16 19:19,20
bowler 9:1
bowlers 11:20 12:11 18:2
bowling 1:7 11:20 16:20 19:21
breaks 18:16
Broderick 21:1,3
buffer 12:19,21
building 6:18 10:4

**C**
C 3:1 4:1 5:1
call 8:4 14:7
called 12:19
calls 9:9
came 15:16
capacity 6:7
care 6:17,18,19 6:21 9:8
case 1:6 23:10
catches 12:20
center 17:15,16 17:20
centers 1:7 16:1
certain 8:2
CERTIFICATE 23:1
certify 23:5
check 8:2 10:3

checks 13:20
clean 11:17
cleaning 20:14
cleans 14:8
Colaresi 3:15
column 17:13,14 17:19 18:11
come 14:16 20:5 20:13
coming 15:18
Commission 23:16
completion 12:7
concluded 22:16
consumption 7:9
container 18:5
continues 18:11
correct 9:17 13:11 23:6
counsel 5:5 21:15 23:9
Court 1:1 2:11 23:3
Currently 6:10

**D**
D 5:1
damaged 11:16
date 16:7
day 9:18 13:8,13 15:20 20:18 21:8,9 23:13
days 21:8
December 23:14
decide 11:12
Defendants 1:9 3:13 21:15
definitely 22:5
deposition 1:12 2:1 5:9 7:11 22:16
describe 14:4
different 14:3 17:4 18:1
direction 23:8
discussion 11:8
discussions 10:20 10:22 19:10
DISTRICT 1:1,2

DKC-06-949 1:7
doing 13:16,18 20:12
done 9:12,15 15:1 15:17 17:9,11 20:5
down 14:13,14 18:16
drip 12:22 21:21
dripping 12:18
Drive 5:22
drop 12:22 22:3
duly 5:4
duties 9:22 10:2

**E**
E 2:5 3:1,1,7 4:1,7 5:1,1
each 13:12
East 3:16
Eight 6:6,7
either 12:10
employed 6:3,5,8 23:10
EMTs 21:11
end 12:7
entries 13:3
entry 13:8,12
ESQUIRE 3:5,14
Esther 1:22 2:10 23:3
et 1:8
even 9:10 20:18
ever 5:9 12:14
every 8:1,2 13:14 13:15 21:8
everything 8:7 10:15 11:14
exact 17:8
EXAMINATION 4:3 5:5 21:15
excess 11:19 12:18
Exhibit 7:11
Exhibits 4:8
Expires 23:16
explain 13:2
explained 5:12

**F**
facilities 6:9,10 6:16,17 8:15
facility 9:1 20:8
FARIECE 1:4
faster 16:22
file 13:3
fill 18:4,6
financial 23:11
fine 22:13
first 9:13
five 16:5,6,19 19:3,3
fix 8:6,7
follows 5:4
foregoing 23:4,5
found 19:14
four 13:7,12 19:7
from 8:10 12:10 12:18 17:4,4
front 9:7 10:13
full 5:19
further 22:6

**G**
G 5:1
gathering 21:10
general 6:14,15 15:11 17:4
generically 14:4
gentleman 17:1 20:13
GEREL 2:4 3:6
gets 17:9
given 21:1
go 9:8 10:2 11:12 15:4 16:22,22
goes 17:7
gone 10:14
good 10:4
guess 13:3 16:16
gum 11:16

**H**
H 4:7
hand 12:6 23:13
happen 12:17
happened 9:1 10:15 11:2,3

12:14,15,16
**happens** 7:20
  13:15,18
**having** 5:4 22:15
**hear** 9:13 10:12
**heard** 10:10,13,19
  19:9
**held** 2:1
**hereunto** 23:12
**Hills** 8:20
**him** 15:18 16:3,14
**himself** 20:9
**home** 5:21
**hours** 9:2 16:5,6
  16:20 20:2

**I**
**INC** 1:7
**independent** 8:22
**indicated** 12:5
**indicates** 16:6
**informed** 11:10
**interest** 23:11

**J**
**janitor** 21:3
**job** 1:20 20:5
**July** 23:17
**just** 7:10,22 9:16
  11:10,14 14:4
  15:15 16:18
  20:5,15,16,22

**K**
**Karp** 3:15
**Karpinski** 3:15
**keep** 7:4,6,15,21
  8:11 10:6
**keys** 20:8
**kind** 7:8 14:5
**knew** 22:12
**know** 8:1 9:17
  16:17,18,21
  17:1,7,8,8 20:17
  21:5,9
**knowledge** 15:19

**L**
**lady** 10:14

**lane** 6:22 8:13
  11:4 12:4,7,21
  13:5 14:8 16:11
  16:12 18:15
  21:17
**lanes** 7:15 12:2,6
  13:14,15,19
  16:3,15 17:11
  21:18
**lanesman** 15:13
  19:10
**last** 7:11 12:5
**later** 9:11 19:14
**league** 9:11,15
  19:21 20:1
**leagues** 14:3
**leaked** 12:10
**least** 6:6
**left** 17:15,16
  19:13
**let** 7:10 14:13
  15:3 20:8,22
**like** 8:1 11:15
  13:7 16:1 20:3
**line** 11:20
**LLP** 2:4 3:6
**location** 8:19
**log** 7:7,8,12 13:3
**logs** 16:1
**long** 6:5 15:1,16
  16:3,14
**longer** 20:14
**look** 11:12
**looking** 11:18
**looks** 13:7

**M**
**M** 1:22 2:10 23:3
**machine** 6:22
  7:15 8:5,12,13
  9:8 12:3,3,6,11
  12:19 13:5
  18:15,18,20,21
  18:22 19:2
  21:18
**machines** 6:18,21
  7:20 8:3 10:3,7
  10:8
**made** 13:8,12

**maintenance** 7:2
  7:6,14
**make** 11:14
**manager** 6:9,10
  6:14,15,16,17
  10:20 11:1,9
  15:6,11
**manager's** 17:5
**maneuvered** 12:6
**manually** 21:18
**many** 20:16,20
**marked** 4:8 7:11
**Maryland** 1:2,14
  2:7,12 3:9,18
  8:21 23:22
**maybe** 12:22
**mean** 6:12 7:22
  9:7 11:16 12:3
  12:18 14:1 15:7
  15:14,22 16:21
  18:14
**meaning** 13:2
**means** 7:2 17:20
**Mejia** 1:12 2:1 4:3
  5:3,7,8,9,20
  21:17 22:16
**middle** 20:11
**might** 12:21 20:22
**Miguel** 1:12 2:1
  4:3 5:3,20 22:16
**Monday** 9:17
  10:2
**month** 8:1
**more** 12:22 13:20
  18:2,3 22:3
**morning** 9:2,17
  9:22 13:16 14:3
  14:19 15:9,12
  19:15,16,22
  22:8,10
**mornings** 10:2
**most** 21:2
**much** 13:20 18:5
  19:8 21:14 22:1
**Mulroney** 3:5 4:4
  5:6 21:13
**myself** 8:6

**N**

**N** 3:1 4:1,1 5:1
**name** 5:19 18:9
  20:19,22 21:1
**need** 14:11
**neither** 23:9
**never** 12:2
**new** 18:22 19:1
**next** 12:7 17:19
  18:11
**night** 20:12
**nine** 13:22 14:6
  17:12
**notarial** 23:13
**Notary** 1:22 2:11
  23:1,21
**notes** 8:12 18:11
**nothing** 10:16,17
  11:10,17
**Notice** 2:10
**November** 1:15
  8:14 9:2,16 16:7
  17:11
**number** 1:6 7:11
  13:22 17:12,14
  17:17
**numbers** 18:1

**O**
**O** 4:1 5:1
**oath** 5:15,17
**obviously** 12:15
  19:18
**occasions** 12:9
**off** 19:18
**officer** 23:4
**offices** 2:2
**Oh** 8:18
**oil** 7:9 11:19 12:1
  12:2,10,18,20
  12:21 13:4,6,7
  13:20 14:7,10
  17:14,18,19,21
  18:3,4,5 21:20
**oils** 14:9
**okay** 7:10 8:11
  13:2,15,22 16:6
  16:14 17:3,10
  18:18 19:8
  22:13

**old** 6:1 17:1 19:2
  19:3,4,7
**one** 6:21 8:17
  11:18 12:22
  13:9,10 14:10
  16:1 18:15,16
  18:17,17 20:11
  21:2,8
**only** 12:2 13:6,7
  14:10,12 16:16
  20:11
**operator** 18:8
**ordinarily** 15:5
**other** 7:15
**otherwise** 23:11
**ounces** 17:18,21
**out** 9:11 19:14
**outcome** 23:11
**over** 12:7 17:13
**o'clock** 9:20 14:19
  15:6,9,12 20:6

**P**
**P** 3:1,1 5:1
**PAGE** 4:3
**Pages** 1:21
**paperwork** 8:12
**Paradise** 3:14 4:5
  16:17 21:16
  22:6,13
**particular** 8:11
**parties** 23:10
**parts** 8:9
**penny** 22:4
**people** 20:17,20
**person** 20:15,17
**person's** 20:19
**Plaintiff** 1:5 3:4
  5:5
**position** 6:12
**possible** 21:20
**presume** 18:8
**probably** 9:14
  16:16 19:3,6
**problem** 15:17
**problems** 6:19
**procedure** 5:13
**proceedings** 23:4
  23:6,7

process 12:10
program 13:22
    14:2,6 17:12
programs 14:3,5
Public 1:22 2:11
    23:1,21
Pursuant 2:10
put 18:3,16
puts 13:20 14:13
    14:14
P.A 3:15
p.m 9:14 11:7,8

**Q**
question 12:14
    15:3
questions 22:6

**R**
R 3:1 5:1
read 22:9
really 11:22 12:1
    14:12 16:21
    19:11 21:9
recall 8:15 10:1
    20:16
recollection 8:22
record 13:4 23:6
records 7:4,14,21
    10:6 13:21
    15:21
reduced 23:8
refer 17:17
reflect 14:21
regard 7:5,15
regular 18:20,22
    19:1
related 23:9
release 12:12
remember 9:4
    20:18,19 21:2
repair 8:12
repairs 10:4,6
report 15:5,13
    18:5
reported 1:22
    15:8,11
Reporter 2:11
    23:1,3

review 22:7
right 7:4,10 8:14
    14:19 15:2 17:3
    17:20 22:7
right-hand 18:2,3
Road 8:20

**S**
S 3:1,14 4:1,7 5:1
same 20:1,15
Sanders 21:1,3
saw 10:17
says 17:14,14,19
    17:20
scene 11:13
schedule 15:1,14
    15:15
scheduled 21:7
seal 23:13
secure 13:1
see 9:7 11:3,3,5
    13:8 20:22
    21:10
seen 10:16
send 22:8
service 7:20 8:4
set 20:2 23:12
Sheldon 5:22
shift 17:3,4,5
SHORTHAND
    23:1
show 7:10
side 18:3
sign 22:9
signature 22:9,12
    22:15
signing 18:9
simply 18:4
sits 12:3
six 19:3
size 22:4
slowly 16:22
Smaller 22:4
Smith 6:13
soap 12:10 13:4
    21:20
some 10:4 12:21
somebody 11:10
sometimes 15:16

16:22
spare 18:15,20
St 8:20
start 16:8
starting 16:9
starts 13:9
State 2:11 5:19
    23:22
STATES 1:1
stenographically
    23:7
still 8:17,18 15:14
stops 13:16,18
Street 2:5 3:7,16
strip 14:11
stripping 14:6
stripping/oil 14:7
Suite 2:6 3:8,17
Summitt 18:13,14
    18:18
supposed 8:1
    11:15
sure 11:14 20:15
sworn 5:4

**T**
T 4:1,1,7
take 6:19,21 9:8
    16:3,14
taken 5:10 23:5,7
takes 6:17,18 16:5
    16:19 17:1
talking 7:12 22:1
tanks 13:1
Temple 8:20
ten 13:14,15,16
    13:19 16:15
    17:11
tenth 16:10,12
testified 5:4
testimony 22:7
Thank 19:8 21:13
    22:13
their 12:12
things 8:2 11:18
think 9:14 22:3
    22:11
Thirty-four 6:2
three 17:20,21

19:6
through 20:16
time 9:18 11:6
    14:13 15:8,13
    15:19,20 16:8
    16:10,12 17:2,7
    17:8 18:17 19:5
    19:6,12 20:18
times 7:22 13:7,12
    15:18
today 6:12
told 11:2 22:12
top 13:8 18:4,6
totally 17:3
transcript 22:8
    23:5
transfer 21:18,18
transferred 12:20
true 23:6
Tuesday 1:15
two 13:9 16:1
    17:14,15,17,18
    21:8
typewriting 23:8

**U**
Um-hmm 14:15
    20:4 21:22
under 5:15 23:8
understand 5:15
    5:17 12:5 20:2
unfortunately
    21:12
UNITED 1:1
until 9:11
use 14:2,12 18:16
used 13:21 17:15
    17:20 20:13
using 18:17
usually 10:2 12:2
    15:15
utilized 13:4 18:6
utilizing 17:12

**V**
v 1:6
varies 14:22
very 15:22 19:8
    21:14

Virginia 5:22

**W**
wait 9:9
waive 22:9,11
waived 22:15
walk 12:11
wash 14:11
wasn't 9:5,7,10
    11:15
way 11:15
week 8:2
well 14:18 15:3
    16:19 19:14
went 9:11,18
    10:12 11:2
    20:16,20 21:11
were 8:16 9:22
    10:10 11:18
    23:4,7
weren't 9:6
we're 16:1
WHEREOF
    23:12
whole 6:18 16:20
WILLIAM 3:5
witness 12:5
    22:11 23:12
Wood 1:22 2:10
    23:3
work 9:18 15:5,8
    15:11,13 16:9
    17:7 19:18
    20:12,20 21:8,8
working 8:16
    10:3
write 18:12
wrong 11:4

**X**
x 1:3,4,5,6,7,8,9
    1:10 4:7

**Y**
yeah 13:10
years 6:6,7 19:3,3
    19:7

**0**

| | |
|---|---|
| **04** 17:11 | **9** |
| **1** | **9:00** 15:1,17 17:9 |
| **1** 1:21 7:12 23:17 | 20:6 |
| **1-91733** 1:20 | |
| **1:00** 9:14 | |
| **10** 2:5 3:7 | |
| **10:53** 1:16 | |
| **11/29** 13:9 | |
| **11:13** 22:17 | |
| **120** 3:16 | |
| **1212** 2:6 3:8 | |
| **15th** 8:14 9:2,16 16:7 17:11 | |
| **1850** 3:17 | |
| **2** | |
| **2:00** 9:14 11:7,8 15:16 | |
| **2:59** 16:8 17:12 | |
| **2004** 8:15 9:2,16 | |
| **2006** 1:15 23:14 | |
| **2007** 23:17 | |
| **21** 4:5 | |
| **21202** 2:7 3:9 | |
| **21202-1605** 3:18 | |
| **23** 1:21 | |
| **28** 1:15 | |
| **3** | |
| **3rd** 23:13 | |
| **3:00** 15:16 | |
| **3:01** 14:14 | |
| **4** | |
| **4:00** 15:16 | |
| **410** 2:8 3:10,19 | |
| **4717** 8:20 | |
| **5** | |
| **5** 4:4 | |
| **5:00** 15:16 | |
| **539-1122** 2:8 3:10 | |
| **5515** 5:22 | |
| **7** | |
| **7:00** 9:19,20 14:18 15:5,9,11 | |
| **727-5000** 3:19 | |