# KARPINSKI, COLARESI & KARP, P.A.

### ATTORNEYS AT LAW

SUITE 1850, 120 EAST BALTIMORE STREET

### BALTIMORE, MARYLAND 21202

PHONE 410-727-5000

FAX 410-727-0861

July 17, 2007

The Honorable William Connelly
United States District Court
for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

> RE: *Fariece Altice v. AMF Bowling Centers, Inc., et al*
> *Case No.: CAL 06-00949*

Dear Judge Connelly:

Please accept this as a brief pre-mediation submission.

This matter involves the Plaintiff, who allegedly slipped on a slippery substance while approaching the foul line of a bowling lane at AMF Bowling Centers and sustained injuries. The Defendant's contention is that the bowling alley personnel, particularly the "C mechanic", also known as a lanesman. He is the gentlemen who prepared the lanes in the early morning of the date of this incident. He will testify that he prepared the lanes in a manner consistent with what he had done many times before, including, dry mopping all areas which were not to be oiled. Therefore, AMF Bowling Centers has denied negligence with respect to the causation of Ms. Altice's fall.

As the Court's memorandum denying Defendant's Motion for Summary Judgment is a part of Plaintiff's submission, Judge Chasanow's decision speaks for itself.

While Defendant has not had a medical examination performed of Plaintiff, Defendant contends that the disability alleged is significantly exaggerated and, by deposition, Plaintiff has made an extremely good recovery.

Thank you for your kind attention in this matter.

Very truly yours,

KARPINSKI, COLARESI & KARP

/s/

Thomas S. Bouchelle

TSB:gdt